UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 26-cv-20469-AHS

JESUS GONZALEZ

      Plaintiff,

v.

CAJUN OPERATING COMPANY,
d/b/a Church's Chicken #1109, and
DIAMOND R.E. POLLITO, LLC.

      Defendants.

_____/

## **NOTICE OF SETTLEMENT**

      Plaintiff, Jesus Gonzalez, by and through counsel, hereby notifies the Court that the Parties have reached an agreement in principle resolving this case and are in the process of finalizing the settlement documents. Accordingly, the Parties respectfully request that the Court stay all matters and pending deadlines in this action and grant the Parties 30 days to finalize their Settlement Agreement and to submit the appropriate notices and/or stipulations to the Court regarding dismissal of the Action.

      Respectfully submitted this February 17, 2026.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 1 of 2**

**Gonzalez v. Cajun Operating Company**
**Case No. 26-cv-20469-AHS**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on February 17, 2026, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T:  305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*
