UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 26-cv-20469-AHS

JESUS GONZALEZ

      Plaintiff,

v.

CAJUN OPERATING COMPANY,
d/b/a Church's Chicken #1109, and
DIAMOND R.E. POLLITO, LLC.

      Defendants.

_____/

## **<u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>**

Plaintiff, JESUS GONZALEZ, by and through counsel, pursuant Fed. R. Civ. P. Rule 41(a) and this Court's Order [DE 12], hereby gives notice that he voluntarily dismisses this action, with prejudice against Defendants, CAJUN OPERATING COMPANY, d/b/a Church's Chicken #1109, and DIAMOND R.E. POLLITO, LLC., and respectfully requests this Court to terminate the action.

Respectfully submitted on March 19, 2026.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC.**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*

**Page 1 of 2**

**Gonzalez v. Cajun Operating Company**
**Case No. 26-cv-20469-AHS**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March 19, 2026, an electronic copy of the foregoing document was filed with the Clerk of Court using the CM/ECF system which will send notice of electronic filing to all parties and Counsel of record.

By: */s/ J. Courtney Cunningham*
Juan Courtney Cunningham, Esq.
FBN: 628166
**J. COURTNEY CUNNINGHAM, PLLC.**
8950 SW 74th Court, Suite 2201
Miami, Florida 33156
T: 305-351-2014
cc@cunninghampllc.com
legal@cunninghampllc.com

*Counsel for Plaintiff*